Submit this form by e-mail to:

CriminalIntakeCourtDocs LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CriminalIntakeCourtDocs SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CriminalIntakeCourtDocs RIv@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2025 AUG 29  AM 10: 52

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: *mmc* |
| v. | PLAINTIFF | 2:25-MJ-05322-DUTY |
| Dong Hwun Kim | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  8/27/25   0535   [X] AM  [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  [ ] Yes  [X] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  [X] Yes  [ ] No

4. Charges under which defendant has been booked:

   18 USC 2252A(a)(5)(B)

5. Offense charged is a:  [X] Felony  [ ] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required:  [X] No  [ ] Yes  Language: _____

7. Year of Birth:  1998

8. Defendant has retained counsel:  [X] No
   [ ] Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:  Elsa Perez

10. Remarks (if any): _____

11. Name:  Shane Anderson  (please print)

12. Office Phone Number:  310-564-5583        13. Agency:  FBI

14. Signature: _____        15. Date:  8/29/25

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION