```
BILAL A. ESSAYLI
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5748
     Facsimile: (213) 894-2979
     E-mail:    Amanda.elbogen@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | No. CR 25-00743-SB |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT |
| v. | |
| DONG HWAN KIM | |
| Defendant. | |

Respondent hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Previously-Assigned AUSA | David Ryan | David.ryan@usdoj.gov |
| Newly-Assigned AUSA | Amanda Elbogen | amanda.elbogen@usdoj.gov |

//

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of record for the Respondent and that the newly-assigned AUSA receives all emails relating to filings in this case.

Dated: September 18, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

          /s/ *Amanda Elbogen*
AMANDA B. ELBOGEN
Assistant United States Attorney

Attorneys for Plaintiff