UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-00743-SB                                                Date: 09/18/2025

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

Interpreter N/A                                            Language N/A

| Christianna Howard | CS 09/18/2025 | Khaldoun Shobaki |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  Retained

Dong Hwan Kim                                              Renee Garcia

**Proceedings: Arraignment of**   ✔ **Assignment of Case**      **Appointment of Counsel**
**Defendant and/or**                    **Initial Appearance**

\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on the Indictment.
\* Defendant acknowledges having read the Indictment and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the Indictment.
\* This case is assigned to Judge Stanley Blumenfeld.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/04/2025 8:30 AM
\* Government counsel provides trial estimate of 3 days.
\* The parties are referred to Judge Blumenfeld's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Blumenfeld is located in 6C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA          PSAED          PSASA          **Initial Appearance/Appointment of Counsel:** 00     : 00
      ✔ USMLA        USMED          USMSA
      Statistics Clerk                Interpreter                        **Arraignment:** 00     : 05
      CJA Supervising Attorney       Fiscal
                                                              **Initials of Deputy Clerk:** CH by TRB